# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**CORY BARRANT SIVIK,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3592

[May 9, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 50-2015-CF-000255-AXXX-MB.

Carey Haughwout, Public Defender, and Stacey Kime, Assistant Public Defender, West Palm Beach, for appellant.

Ashley B. Moody, Attorney General, Tallahassee, and Allan R. Geesey, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., CONNER, J., and METZGER, ELIZABETH A., Associate Judge, concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***